UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

    Plaintiffs,

v.                                            Case No:  6:19-cv-170-Orl-37TBS

COCOA SMOKE SHOP, LLC and JOSH
GIMELSTEIN,

    Defendants.

## ORDER

Pending before the Court is Plaintiffs Motion for Enlargement of Time to Serve the Defendants (Doc. 20). In the body of the motion, Plaintiffs request additional time to serve both Defendants who, they suggest, may be avoiding service of process (Id., ¶¶ 1-7). In their prayer for relief, Plaintiffs ask the court to "gran this Motion for Enlargement to File the Joint Scheduling Report, and any other relief this Court deems just and proper." (Id., at 2).

This is Plaintiffs' third attempt at a motion to enlarge the time to serve Defendants (Docs. 16, 18, 20). The first motion was stricken (Doc. 17), and the second was denied without prejudice (Doc.19). In its Order denying the second motion, the Court wrote:

> Now, the motion is **DENIED without prejudice** because it does not specify the length of the requested extension and it prays "that this Honorable Court grant this Motion for Enlargement to File the Joint Scheduling Report, and any other relief this Court deems just and proper." (Id., at 2). Counsel are cautioned that in the future, they should read what they sign before it is filed with the Court.

(Id., at 2). The pending motion suffers from the same two defects the Court pointed out in its last Order on this matter (Doc. 20 at 2). Now, the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties